371 A.2d 506
Commonwealth v. Dohm, Appellant.

Argued September 15, 1976. Daniel W. Shoemaker, with him Shoemaker & Thompson, for appellant; Daniel F. Wolfson, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 506
Commonwealth v. Elsen, Appellant.

Argued September 22, 1976. John F. Pyfer, Jr., for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.